No. 82–2061. NATIONAL LABOR RELATIONS BOARD *v.* ROADWAY EXPRESS, INC. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *City Disposal Systems, Inc.*, 465 U. S. 822 (1984).

No. —– – ——. CUYLER, SUPERINTENDENT, GRATERFORD PRISON *v.* SULLIVAN. Motion to direct the Clerk to file a petition for writ of certiorari with an appendix that does not comply with the Rules of this Court denied.

No. —– – ——. WARDELL *v.* HOLLER ET AL. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court and is out of time denied.

No. —– – ——. GAULMON *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* without filing an affidavit of indigency required by Rule 46 of the Rules of this Court denied.

No. A–709. L. C. *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. Dist. Ct. App. Fla., 2d Dist. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–739. PORTER *v.* UNITED STATES. Application for bail, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–766. MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE *v.* BROOKS ET AL. D. C. N. D. Miss. Application for stay pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–772 (83–6453). PARKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death set for April 13, 1984, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending final disposition of the petition for writ of certiorari.

No. A–773 (83–6125). STAFFORD *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death set for April 3, 1984, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending final disposition of the petition for writ of certiorari.